UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CIVIL NO. 09-13176

LINDA REED,

    Plaintiff(s),

-v-

DALTON DIRECT FLOORING CENTER, ET.AL,

    Defendant(s).
_____/

### ORDER SETTING ASIDE ORDER TO SHOW CAUSE

At a session of said court, held in the
United States Courthouse, in the City of
Detroit, State of Michigan, on January 15, 2010.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

This Court having issued an Order to Show Cause for lack of progress and the Plaintiff having filed a Motion for Default Judgment , therefore;

IT IS ORDERED that the Court's Order to Show Cause as to why this case should not be dismissed for lack of progress as to defendant Dalton Direct Flooring Center be and the same is hereby SET ASIDE.

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: January 15, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 15, 2010, by electronic and/or ordinary mail.

        s/Marilyn Orem
        Case Manager